UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| MARY E. TRENKAMP | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. _____ |
| VILLASPRING HEALTHCARE CENTER, INC. | ) |
| D/B/A VILLASPRING OF ERLANGER D/B/A | ) |
| VILLASPRING OF ERLANGER HEALTHCARE | ) |
| CENTER AND REHABILITATION, INC., | ) |
| CARESPRING HEALTH CARE | ) |
| MANAGEMENT, LLC, AND | ) |
| CARESPRING LEASING, LLC | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF REMOVAL

Come Villaspring Healthcare Center, Inc. d/b/a Villaspring of Erlanger d/b/a Villapring of Erlanger Healthcare Center & Rehabilitation, Inc., Carespring Health Care Management, LLC, and Carespring Leasing, LLC, by and through undersigned counsel, and respectfully file this Notice of Removal of state action 11-CI-02027 now pending in the Commonwealth of Kentucky, Kenton Circuit Court, to this United States District Court for the Eastern District of Kentucky, Covington Division, and consistent with the provisions of 28 U.S.C.A. §1446, provide this "short and plain statement" of the grounds for removal:

1. The above-referenced state civil action was commenced by the filing of a Complaint by the Plaintiff, Mary E. Trenkamp, in the Kenton County Circuit Court on or about August 2, 2011. Villaspring Healthcare Center, Inc. d/b/a Villaspring of Erlanger d/b/a Villaspring of Erlanger Health Care Center & Rehabilitation, Inc., Carespring

Health Care Management, LLC, and Carespring Leasing, LLC ("Defendants") are the Defendants named in that Complaint and were served with process on or about August 4, 2011. The Defendants timely Answered the Complaint on August 23, 2011.

2. In said action, the Plaintiff alleges that the Defendants provided negligent nursing home care and treatment to the Plaintiff and seeks compensatory and punitive monetary damages for injuries allegedly caused by Defendants' negligent acts or omissions.

3. Upon information and belief, at all times relevant to said action, the Plaintiff was a citizen and domiciliary of the Commonwealth of Kentucky and the County of Kenton.

4. At all times relevant to said action to date, Defendant Villaspring Healthcare Center, Inc. d/b/a Villaspring of Erlanger d/b/a Villapring of Erlanger Health Care Center & Rehabilitation, Inc. states that it is a citizen of the State of Ohio, as Ohio is its state of incorporation and the state where it has its principal place of business.

5. At all times relevant to said action to date, Defendant Carespring Health Care Management, LLC states that it is a citizen of the State of Ohio, as it was organized under the laws of Ohio, Ohio is the state where it has its principal place of business, and members Barry N. Bortz and David A. Eppers were and remain citizens and domiciliaries of Ohio.

6. At all times relevant to said action to date, Defendant Carespring Leasing, LLC states that it is a citizen of the State of Ohio, as it was organized under the laws of Ohio, Ohio is the state where it has its principal place of business, and members Barry N. Bortz and David A. Eppers were and remain citizens and domiciliaries of Ohio.

7. The matter in controversy set forth in the Complaint is monetary in character and, though unspecified, more likely than not exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs.  Please see Exhibit A.

8. Under 28 U.S.C.A. §1332, the matter in controversy and the diversity of citizenship of the parties are sufficient to confer original jurisdiction over said action to the United States District Court for the Eastern District of Kentucky, Covington Division.

9. As set forth herein, said action is a cause removable from the Kenton Circuit Court to the United States District Court for the Eastern District of Kentucky, Covington Division, under the provisions of 28 U.S.C.A. §§1332, 1441, and 1446.

10. Copies of all process, pleadings, and orders served by and upon the Defendants in said action are filed herewith and attached hereto as Exhibit A, including a notice in compliance with 28 U.S.C.A. §1446(d) to the Kenton Circuit Court and all adverse parties of the filing of this Notice of Removal.

WHEREFORE, the Defendants notify this Honorable Court of the removal of said action from the Commonwealth of Kentucky, Kenton Circuit Court, to this Court and respectfully request that this Court make such orders in the future as it deems appropriate.

Respectfully submitted,

/s/ *Craig L. Johnson*
Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
(502) 895-2297
johnson@whonsetler.com
*Counsel for Defendants, Villaspring Healthcare Center, Inc. d/b/a Villaspring of Erlanger Healthcare Center and Rehabilitation, Inc., Carespring Health Care Management, LLC, and Carespring Leasing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically through the ECF system and mailed to the following:

Jay R. Vaughn, Esq.
Busald, Funk, Zevely, P.S.C.
226 Main Street
P. O. Box 6910
Florence, KY 41022-6910
Ph: (859)371-3600
Fax: (859)525-1040
Email: jayvaughn@bfzlaw.com
*Counsel for Plaintiff*

M. Chad Trammell, Esq.
The Trammell Law Firm, PLLC
418 North State Line Avenue
Texarkana, Arkansas 71854
Ph: (870) 779-1860
Fax: (870) 779-1861
Email: chad@thetrammellfirm.com
*Counsel for Plaintiff*

Eric Wewers, Esq.
The Law Offices of Eric D. Wewers, PLLC
Plaza West Building
415 North McKinley, Suite 1000
Little Rock, Arkansas 72205
Ph: (501) 978-8118
Fax: (501) 975-2443
Email: eric@edwlaw.com
*Counsel for Plaintiff*

Clerk, Kenton Circuit Court
Justice Center
230 Madison Avenue
Covington, KY 41011


/s/ Craig L. Johnson
Craig L. Johnson, Esq.