UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 11-CV-211-DLB-JGW

MARY E. TRENKAMP                                                                    PLAINTIFF

VS.                                               <u>ORDER</u>

VILLASPRING HEALTHCARE CENTER, INC. et al.            DEFENDANTS

********************

      Plaintiff having filed a Stipulation of Dismissal, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc. # 15), and such stipulation having been signed by all parties who have appeared, and the Court being otherwise sufficiently advised,

      **IT IS ORDERED** as follows:

      1) Plaintiff's Motion for Leave to Amend Complaint (Doc.# 8) and Plaintiff's Motion to Remand (Doc. # 9) are **DENIED** as moot;

      2) Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**;

      3) The case shall be **STRICKEN** from the Court's active docket with each party to bear their own costs.

      This 7th day of November, 2011.



Signed By:
<u>David L. Bunning</u>  *DB*
**United States District Judge**

G:\DATA\ORDERS\Cov11\11-211 Order denying mtns and terminating case.wpd